UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ENEKAN EDO,

                Plaintiff,                     **ORDER**

        -v-                         17-CV-4094 (PKC)

DETECTIVE RONALD MARTINY, 113th Precinct,

                Defendant.
------------------------------------------------------------------x

PAMELA K. CHEN, United States District Judge:

On July 5, 2017, Plaintiff Enekan Edo, an inmate of Elmira Correctional Facility, filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff failed to include (1) the requisite filing fee or *in forma pauperis* application and (2) the Prison Litigation Reform Act ("PLRA") form required to commence this action. By letter dated July 10, 2017, the Clerk of Court mailed the proper forms to Plaintiff and instructed him that, in order to proceed with this action, he must, within 14 days, (1) either pay the filing fee or return the completed IFP application and (2) return the PLRA form. (Dkt. 2.) Plaintiff failed to respond to the Court's letter. Accordingly, the action is dismissed without prejudice.

                                              SO ORDERED.

                                              */s/ Pamela K. Chen*
                                              Pamela K. Chen
                                              United States District Judge

Dated: August 29, 2017
       Brooklyn, New York